No. D–1516. In re Disbarment of Kent. Disbarment entered. [For earlier order herein, see 513 U. S. 1189.]

No. D–1527. In re Disbarment of Herkenhoff. It is ordered that Walter Eugene Herkenhoff, of Las Cruces, N. M., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1528. In re Disbarment of Evans. It is ordered that Jake R. Evans, of Las Cruces, N. M., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1529. In re Disbarment of Spivak. It is ordered that Peter B. Spivak, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1530. In re Disbarment of Windheim. It is ordered that Aaron G. Windheim, of Nyack, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1531. In re Disbarment of Maddox. It is ordered that Alton H. Maddox, Jr., of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1532. In re Disbarment of Crawford. It is ordered that Todd Howard Crawford, of Greensburg, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1533. In re Disbarment of Shreve. It is ordered that David H. Shreve, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.